1  EMIL S. KIM, ESQ.
   Bar No. 14894
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email: ekim@littler.com

6  Attorney for Defendant
   H&R BLOCK TAX COMPANY
7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

| | |
|---|---|
| CARYN PECORELLA, an individual, | Case No.: 2:22-cv-01793-GMN-EJY |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY CASE AND PROCEED TO ARBITRATION** |
| vs. | |
| H&R BLOCK TAX COMPANY. a foreign Limited-Liability Company; HRB RESOURCES LLC. A foreign Limited-Liability Company; DOES 1-5 and ROES 1-5 inclusive., | |
| Defendants. | |

Plaintiff, CARYN PECORELLA ("Plaintiff"), and Defendant HRB RESOURCES LLC ("Defendant"), by and through their respective counsel of record, do hereby stipulate and agree as follows:

WHEREAS, on or about December 1, 2021, Plaintiff entered into an agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment or termination of employment with Defendant ("Arbitration Agreement");

WHEREAS, on or about December 26, 2022, Plaintiff filed a Complaint in the United States District Court against Defendant H&R BLOCK TAX COMPANY, District of Nevada, Case No. 2:22-cv-01793-GMN-EJY, alleging claims for breach of contract, bad faith discharge, tortious discharge, defamation, detrimental reliance, and retaliation in violation of Title VII of the Civil Rights Act of 1964;

WHEREAS, on January 24, 2023, Plaintiff filed an Amended Complaint to include HRB RESOURCES LLC as a Defendant in this lawsuit[1];

WHEREAS, on January 26, 2023, Plaintiff filed a Second Amended Complaint;

WHEREAS, the claims alleged in Second Amended Complaint fall within the scope of the Arbitration Agreement;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and ORDERED as follows:

1. The instant action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. Plaintiff reserves all claims and causes of action she has against Defendant, and nothing in this stipulation shall serve as a waiver of such claims and causes of action; and

3. All proceedings in the instant action shall be stayed and this Court shall retain jurisdiction over the action pending the conclusion of the arbitration.

Dated: January 27, 2023

Respectfully submitted,

*/s/ Jordan M. Garcia*
Jordan M. Garcia, ESQ.
NEVADA FAMILY LAW GROUP, LLC

Attorneys for Plaintiff
CARYN PECORELLA

Dated: January 27, 2023

Respectfully submitted,

*/s/ Emil S. Kim*
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
HRB RESOURCES, LLC

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall file Joint Status Reports every ninety (90) days, informing the Court of the status of arbitration proceedings and the case as a whole, beginning on April 27, 2023.

Dated this 27 day of January, 2023.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---

[1] HRB Resources LLC was Plaintiff's actual and only employer and is therefore, the only properly-named Defendant.

4883-1355-8861.1 / 067987-1201