ROGER L. GRANDGENETT, ESQ.
Nevada Bar No. 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Facsimile:    702.862.8811
rgrandgenett@littler.com

Attorneys for Defendants
H&R BLOCK TAX COMPANY and
HRB RESOURCES LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARYN PECORELLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK TAX COMPANY. a foreign Limited-Liability Company; HRB RESOURCES LLC. A foreign Limited-Liability Company; DOES 1-5 and ROES 1-5 inclusive,<br><br>Defendants. | Case No. 2:22-cv-01793-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff and Defendants (incorrectly identified) hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties have reached an agreement to resolve this action. The Parties submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

Dated: May 5, 2025

NEVADA FAMILY LAW GROUP, LLC

By: /s/ Jordan M/ Garcia
  JORDAN M. GARCIA, ESQ.

Attorney for Plaintiff

Dated: May 5, 2025

LITTLER MENDELSON, P.C.

By: /s/ Roger L. Grandgenett
  ROGER L. GRANDGENETT, ESQ.

Attorneys for Defendants
H&R BLOCK TAX COMPANY and
HRB RESOURCES LLC

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Dated: May __5__, 2025.